IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02413-MSK-KLM

JESPER JOHANSEN, and
KATHRYN A. JOHANSEN,

    Plaintiffs,

v.

OWNERS INSURANCE COMPANY,

    Defendant.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Amend Scheduling Order (Dkt. 14)** [#24] ("Motion"). The parties request that the Court extend several deadlines by approximately thirty days in the Scheduling Order [#14] on the basis that they have recently engaged in substantive settlement negotiations. *Motion* [#24] ¶ 4. Accordingly,

    IT IS HEREBY **ORDERED** that the Scheduling Order [#14] is hereby amended as follows:

- Affirmative expert disclosures    **May 16, 2016**
- Rebuttal expert disclosures    **June 15, 2016**
- Discovery cut-off    **July 15, 2016**

Dated: April 14, 2016